FORMAN & COMPANY *v.* NASH, commissioner.

This case came before this court upon a writ of error from the superior
court of DeKalb County; and the same being for decision by a full
bench of six Justices, who are evenly divided in opinion, FISH, C. J.,
BECK, P. J., and HILL, J., favoring an affirmance, and ATKINSON,
GILBERT, and HINES, JJ., favoring a reversal of the judgment, the
judgment of the court below stands affirmed by operation of law.

No. 3105. NOVEMBER 17, 1922.

Petition for mandamus. Before Judge Hutcheson. DeKalb
superior court. January 28, 1922.

*Jones, Evins & Moore* and *W. A. Sutherland,* for plaintiffs.

*L. J. Steele* and *J. Howell Green,* for defendant.

---

PORCHER *v.* PEARSONS-TAFT LAND CREDIT CO.

1. The motion to dismiss the writ of error is denied.
2. The court erred in refusing to grant the interlocutory injunction as
   prayed for.

No. 3190. NOVEMBER 17, 1922.

Petition for injunction. Before Judge Summerall. Coffee su-
perior court. March 4, 1922.

Ardelia Porcher borrowed five thousand dollars from Pearsons-
Taft Land Credit Co., a corporation, of Chicago, Illinois, and
to secure the payment of that sum she executed a security deed
to described land in Coffee County, Georgia. On the same day,
November 25, 1919, she executed a second security deed to the
same grantee, to secure the sum of $793.60, which said sum was
payable in installments. Both conveyances were executed in Geor-
gia, and recited that they were made under section 3306 et seq.
of the Code of Georgia. Both deeds authorized the grantee, on
failure of the borrower to pay any of the sums when due, to
sell the land, after notice and publication, to the highest bidder,
and also contained the following provision: "The grantee shall
have full authority to appoint an agent, by an instrument duly
executed, acknowledged, and recorded, to attend and make such
sale and do all other acts and things in connection with such
sale that the grantee could do." The deed securing $793.60 was,
by its terms, made subject to the former deed made to secure the
sum of five thousand dollars. On February 8, 1922, Ardelia